**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-03322-LTB

MIDCITIES METROPOLITAN DISTRICT NO. 1, a quasi-municipal corporation and political subdivision of the State of Colorado,

       Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, a national banking association,

       Defendant.

_____

**ORDER**
_____

Upon Defendant's Response to Plaintiff's Motion for Leave to File Sur-Reply (Doc 14 - filed April 12, 2013), and review of the file in this matter, it is

ORDERED that Plaintiff's Motion for Leave to File Sur-Reply (Doc 12) is DENIED.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED:   April 15, 2013