IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-03322-LTB-BNB

MIDCITIES METROPOLITAN DISTRICT NO. 1, a quasi-municipal corporation and political subdivision of the State of Colorado,

v.

U.S. BANK NATIONAL ASSOCIATION, a national banking association,

Defendant.

_____

## ORDER
_____

Pending is the **Defendant's Unopposed Motion for Entry of Stipulated Protective Order** [Doc. # 41, filed 2/18/2014] (the "Motion for Protective Order"). Although I regularly enter blanket protective orders to facilitate orderly discovery of confidential information, the Stipulated Protective Order proposed here is 16 pages long and unreasonably complex. A preferred form of protective order is attached as an appendix in <u>Gillard v. Boulder Valley School District</u>, 196 F.R.D. 382 (D. Colo. 2000). I will consider a proposed protective order more consistent with that allowed in <u>Gillard</u>.

IT IS ORDERED that the Motion for Protective Order [Doc. 41] is DENIED without prejudice, subject to the submission of a proposed protective order as described here.

Dated February 26, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge