IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 12-cv-03322-LTB-BNB

MIDCITIES METROPOLITAN DISTRICT NO. 1, a Quasi-Municipal Corporation and
    Political Subdivision of the State of Colorado,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, a National Banking Association,

    Defendant.

_____

### ORDER
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 56 - filed October 9, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              LEWIS T. BABCOCK, JUDGE

DATED: October 10, 2014